**UNITED STATES PROBATION OFFICE**
**SOUTHERN DISTRICT OF WEST VIRGINIA**



# MEMORANDUM

**TO:** Joseph R. Goodwin
United States District Judge

**FROM:** Kevin Jackson, U.S. Probation Officer

**DATE:** May 25, 2006

**SUBJECT:** Yolanda Monroe, Docket No. 2:02-00091-02
Request for Reduction in Monthly Restitution Payments

---

Ms. Monroe was sentenced by Judge Haden on August 12, 2002, for conspiracy to commit wire fraud via the Internet. She was sentenced to fifteen months' custody, a three-year-term of supervised release, and $175,000 restitution. The restitution was imposed jointly and severally with co-defendant Louis Nomar. On October 17, 2003, Ms. Monroe began her term of supervision. She has performed exceptionally well, however, recently she has encountered some financial difficulties. Last year her home caught fire – forcing her to relocate into a nearby apartment. Further, she was unsuccessful in selling her business, Moon Tan, in which some of the proceeds would have been applied to her restitution obligation. The probation officer has conferred with AUSA Anna Forbes regarding this matter and we both agree that Ms. Monroe is experiencing a financial hardship. Therefore, the probation officer is requesting Your Honor reduce her restitution obligation to $75 per month.

If you approve the defendant's request please indicate below.

Thank you for your attention to this matter.

☒ Approve _Joseph R. Goodwin_    ☐ Disapprove _____

U.S. District Judge Joseph R. Goodwin